| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Armen Jr., Robert N. | United States Tax Court | 4/3/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Special Trial Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 Second St., N.W.
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee (testamentary trust of family member (see Parts VII & VIII)) | testamentary trust created by a deceased family member See Parts VII (lines 71-80) and VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Energy (formerly known as Dominion Resources) stock | C | Dividend | L | T | | | | | |
| 2. AT&T stock | C | Dividend | M | T | | | | | |
| 3. Marathon Oil Corporation stock | C | Dividend | L | T | | | | | |
| 4. Marathon Petroleum Corporation stock | D | Dividend | M | T | | | | | |
| 5. Glaxo-Smith-Klein stock | A | Dividend | J | T | | | | | |
| 6. Prudential Financial Inc. stock | A | Dividend | J | T | | | | | |
| 7. American Electric Power stock | B | Dividend | K | T | | | | | |
| 8. Walt Disney Company stock | A | Dividend | K | T | | | | | |
| 9. Chevron Corporation stock | D | Dividend | M | T | | | | | |
| 10. NRG Energy Inc. stock | A | Dividend | J | T | | | | | |
| 11. Frontier Communication Inc. stock | A | Dividend | J | T | | | | | |
| 12. PPG Industries Inc. stock | B | Dividend | K | T | | | | | |
| 13. PPL Corporation stock | D | Dividend | M | T | | | | | |
| 14. Merck & Company stock | A | Dividend | K | T | | | | | |
| 15. U.S. Steel Corporation stock | A | Dividend | J | T | | | | | |
| 16. CenterPoint Energy Inc. stock | C | Dividend | M | T | | | | | |
| 17. Verizon Communications Inc. stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corporation stock | A | Dividend | K | T | | | | | |
| 19. Exxon-Mobil Corporation stock | B | Dividend | K | T | | | | | |
| 20. Royal Dutch Shell PLC stock | B | Dividend | K | T | | | | | |
| 21. Apple Inc. stock | B | Dividend | K | T | | | | | |
| 22. Dreyfus Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 23. Dreyfus Disciplined Stock Fund | C | Dividend | K | T | | | | | |
| 24. Dreyfus Opportunistic Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 25. T. Rowe Price International Stock Fund | A | Dividend | K | T | | | | | |
| 26. T. Rowe Price Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 27. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | M | T | Buy (add'l) | 04/28/17 | J | | |
| 28. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 29. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 30. Vanguard Prime Money Market Fund, nka Vanguard Federal Money Mkt Fund | A | Interest | J | T | | | | | |
| 31. Vanguard Long-Term Municipal Bond Fund | D | Dividend | M | T | Buy (add'l) | 04/03/17 | J | | |
| 32. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 33. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 34. Vanguard International Growth Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Index Fund - Small Cap Portfolio Fund | C | Dividend | M | T | | | | | |
| 36. Mairs & Power Growth Fund | A | Dividend | J | T | | | | | |
| 37. Columbia-Threadneedle Contrarian Core Fund | B | Dividend | K | T | | | | | |
| 38. Columbia-Threadneedle Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 39. DWS Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 40. Delaware Health Care Fund | C | Dividend | L | T | | | | | |
| 41. Fidelity Over-the-Counter Fund | B | Dividend | K | T | | | | | |
| 42. Capital One Bank | A | Interest | L | T | | | | | |
| 43. Senate Federal Credit Union | A | Interest | K | T | | | | | |
| 44. Bank of Scotland/ Halifax PLC | A | Interest | J | T | | | | | |
| 45. U.S. Government obligations | B | Interest | K | T | | | | | |
| 46. Virginia Commonwealth Bank (successor of Bank of Lancaster) | A | Interest | K | T | | | | | |
| 47. Raymond James Bank Deposit Program | A | Interest | | | Sold | 08/21/17 | K | A | |
| 48. PNC Bank | A | Interest | J | T | | | | | |
| 49. Aberdeen Emerging Markets Fund | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 50. Morgan-Stanley Emerging Markets Fund (MSF) | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 51. Vanguard REIT Index Portfolio Fund | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 53. Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 54. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 55. Vanguard Index Trust - European Stock Portfolio Fund | A | Dividend | K | T | | | | | |
| 56. Vanguard Growth & Income Fund | A | Dividend | J | T | | | | | |
| 57. Vanguard Balanced Index Fund | A | Dividend | K | T | | | | | |
| 58. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 59. Vanguard Long-Term Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 60. Vanguard Health Care Fund | D | Dividend | M | T | Sold (part) | 12/15/17 | J | A | |
| 61. Vanguard Energy Fund | A | Dividend | J | T | | | | | |
| 62. Vanguard Diversified Equity Fund | B | Dividend | K | T | Sold (part) | 12/15/17 | J | A | |
| 63. Vanguard Balanced Index Fund | A | Dividend | J | T | | | | | |
| 64. Vanguard High Dividend Yield Index Fund | A | Dividend | J | T | | | | | |
| 65. Vanguard Mid-Cap Index Fund | A | Dividend | J | T | | | | | |
| 66. Invesco Developing Markets Fund (GTDDX) | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 67. MVC Capital Inc. notes | A | Interest | | | Sold | 08/21/17 | J | A | |
| 68. BCE Inc Escrow Convertible notes | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 4/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Roumell Opportunistic Value Fund - Institutional Class N/L (RAMSX) | C | Int./Div. | | | Sold | 09/05/17 | N | A | |
| 70. T. Rowe Price Cash Reserves Fund | B | Interest | N | T | Buy | 10/03/17 | N | | |
| 71. Vanguard Health Care Fund (see Part VIII) | B | Dividend | K | T | Sold (part) | 10/02/17 | J | A | |
| 72. Vanguard Long-Term Bond Index Fund (see Part VIII) | B | Dividend | K | T | Sold (part) | 10/02/17 | J | A | |
| 73. Vanguard Long-Term Tax-Exempt Fund (see Part VIII) | B | Dividend | K | T | Sold (part) | 10/02/17 | J | A | |
| 74. Vanguard Prime Money-Market Fund nka Federal M/M Fund (see Part VIII) | A | Interest | J | T | | | | | |
| 75. AT&T stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 76. Chevron Corporation. stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 77. Dominion Resources (nka Dominion Energy) stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 78. PPL Corporation stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 79. Royal Dutch Shell PLC stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 80. Verizon Communications Inc. stock (see Part VIII) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. "Positions":

Filer is co-trustee of a testamentary trust created by filer's deceased step-mother for the principal benefit of step-mother's surviving brother. Other co-trusee is filer's spouse. Neither co-trustee is compensated, and neither trustee has any equitable interest whatsoever (whether remote, contingent, reversionary, or otherwise) in either the trust corpus or the trust income. Trust assets are all either shares in mutual funds or stock in Fortune 500 companies, as per lines 71-80 of Part VII of this Report and as noted below.

Part VII. "Investments and Trusts":

Savings accounts and some investments automatically reinvest earnings, adding same to principal. Some brokerage-relataed income is retained and reinvested. Certain assets in IRAs may be sold in part to generate the required minimum distribution as required by IRS rules and regulations because of the filer's age. Government savings bonds (e.g., EE bonds) are redeemed upon maturity.

Lines 37-38: Columbia (Columbia Management) is now Columbia-Threadneedle

Lines 69-70: Trustee-to-trustee rollover of assets from Roumell IRA to TRowePrice IRA. Although reported on line 69 as a "sale", there was actually no "gain" because the transaction was a rollover of assets from one institutional trustee to another institutional trustee and all assets remained (and have remained) in an IRA medium at all times.

Lines 71-80: Assets held by the trust that is referenced above and in Part I of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. ArmenJr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544